UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

       -against-                         ORDER

                                          Docket No. 11 CR 01076 (KMK)

Michael Carney,

       Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

Samuel Braverman, Esq., is to assume representation of the defendant in the above captioned matter as of May 14, 2021. Mr. Braverman is appointed pursuant to the Criminal Justice Act. His address is Fasulo Braverman & DiMaggio, LLP, 225 Broadway, Suite 715 New York, NY 10007, phone number (212) 566-6213; Email: sbraverman@fbdmlaw.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       May 14, 2021